ORIGINAL

1   Eric T. Jorgensen (SBN 174623)
    Jihoon Yoo (SBN 239710)
2   REED SMITH LLP
    355 South Grand Avenue, Suite 2900
3   Los Angeles, CA 90071-1514
    Telephone: 213.457.8000
4   Facsimile: 213.457.8080

5   Daniel A. Cody (SBN 230650)
    REED SMITH LLP
6   Two Embarcadero Center
    Suite 2000
7   San Francisco, CA 94111
    Telephone: (415) 543-8700
8   Facsimile: (415) 391-8269

9
    Attorneys for Defendants
10  HealthSouth Corporation and
    HealthSouth Hospital Corporation
11
                    UNITED STATES DISTRICT COURT
12
                   CENTRAL DISTRICT OF CALIFORNIA
13
                        SOUTHERN DIVISION
14
15  ERIN BROCKOVICH, on behalf of the    No.: SACV06-546-DOC(MLGx)
    United States of America,
16                                        STIPULATION AND [PROPOSED]
                    Plaintiff,            ORDER EXTENDING TIME TO
17                                        RESPOND TO COMPLAINT
          vs.
18                                        Compl. Filed:  June 9, 2006
    HEALTHSOUTH CORPORATION;
19  HEALTHSOUTH HOSPITAL               Honorable David O. Carter
    CORPORATION; HCS, LTD; CNA
20  FINANCIAL CORPORATION; ACE
    LIMITED; and DOES 1 through 10,
21  inclusive,

22                   Defendants.

23

24

25

26

27

28

                              — 1 —
DOCSLA-15514588 T-EJORGENSEN 7/10/06 7:18 PM

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 14 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

___ Priority
___ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

DOCKETED ON CM
JUL 14 2006
BY _____ 040

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

LODGED

1        Whereas, Plaintiff Erin Brockovich ("Plaintiff") filed her Complaint for

2   Damages for Violation of Medicare Secondary Payer Act, 42 U.S.C. § 1395y(b)

3   ("Complaint") against Defendants HEALTHSOUTH CORPORATION,

4   HEALTHSOUTH HOSPITAL CORPORATION, HCS, LTD., CNA FINANCIAL

5   CORPORATION and ACE LTD. on June 2, 2006;

6        Whereas, Plaintiff previously served the summons on Defendants

7   HEALTHSOUTH CORPORATION and HEALTHSOUTH HOSPITAL

8   CORPORATION;

9        Whereas, Defendant HCS, LTD. has agreed to waive service of summons

10  pursuant to Federal Rules of Civil Procedure, Rule 4(d);

11       Plaintiffs, on the one hand, and Defendants HEALTHSOUTH

12  CORPORATION, HEALTHSOUTH HOSPITAL CORPORATION and HCS, LTD.,

13  on the other hand, by and through their respective counsel of record in the above-

14  captioned action, hereby agree and stipulate as follows:

15       1.    Plaintiff filed her initial Complaint in this action on or about June

16  2, 2006.

17  \\\

18  \\\

19  \\\

20  \\\

21  \\\

22  \\\

23  \\\

24  \\\

25  \\\

26  \\\

27  \\\

28  \\\

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DOCSLA-15544509.1-EJORGENSEN 7/10/06 7:18 PM

2. Pursuant to Central District Rule 8-3, Plaintiff agreed to extend the time for Defendants HEALTHSOUTH CORPORATION, HEALTHSOUTH HOSPITAL CORPORATION and HCS, LTD. to respond to the Complaint for 30 days from July 13, 2006 to August 14, 2006 (30 days from July 13 falls on August 12, which is a Saturday).

**IT IS SO STIPULATED.**

DATED:  July 1̲0̲, 2006     GIRARDI & KEESE

               By _____
                 Graham B. LippSmith
                 Attorneys for Plaintiff

DATED:  July 1̲0̲, 2006     REED SMITH LLP

               By _____
                 Eric T. Jorgensen
                 Attorneys for Defendants
                 HealthSouth Corporation and
                 HealthSouth Hospital Corporation

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DOCSLA-15544689.1-EJORGENSEN 7/10/06 7:18 PM

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

# ORDER

The Court, having reviewed and considered the Stipulation of the parties, and good cause appearing therefor, hereby orders that the time for Defendants HEALTHSOUTH CORPORATION, HEALTHSOUTH HOSPITAL CORPORATION and HCS, LTD. to respond to Plaintiff's Complaint be extended from July 13, 2006 to August 14, 2006.

**IT IS SO ORDERED.**

DATED: July ___, 2006

_Clavid O. Carter_

Honorable David O. Carter
United States District Court Judge

DOCSLA-15544699.1-EJORGENSEN 7/10/06 7:18 PM

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

1

## PROOF OF SERVICE

2

3           I am a resident of the State of California, over the age of eighteen years, and not a
party to the within action.  My business address is REED SMITH LLP,

4  355 South Grand Avenue, Suite 2900, Los Angeles, CA  90071-1514.  On July 11, 2006, I served
the following document(s) by the method indicated below:

5

6  **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO
COMPLAINT**

7

8  ☐  by transmitting via facsimile on this date from fax number 213.457.8080 the document(s)
listed above to the fax number(s) set forth below.  The transmission was completed before

9  5:00 PM and was reported complete and without error.  The transmission report, which is
attached to this proof of service, was properly issued by the transmitting fax machine.

10  Service by fax was made by agreement of the parties, confirmed in writing.  The transmitting
fax machine complies with Cal.R.Ct 2003(3).

11  ☒  by placing the document(s) listed above in a sealed envelope with postage thereon fully
prepaid, in the United States mail at Los Angeles, California addressed as set forth below.  I

12  am readily familiar with the firm's practice of collection and processing of correspondence
for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that

13  same day with postage thereon fully prepaid in the ordinary course of business.  I am aware
that on motion of the party served, service is presumed invalid if the postal cancellation date

14  or postage meter date is more than one day after the date of deposit for mailing in this
Declaration.

15

16  ☐  by placing the document(s) listed above in a sealed envelope(s) and by causing personal
delivery of the envelope(s) to the person(s) at the address(es) set forth below.  A signed proof
of service by the process server or delivery service will be filed shortly.

17

18  ☐  by personally delivering the document(s) listed above to the person(s) at the address(es) set
forth below.

19  ☐  by placing the document(s) listed above in a sealed envelope(s) and consigning it to an
express mail service for guaranteed delivery on the next business day following the date of

20  consignment to the address(es) set forth below.  A copy of the consignment slip is attached to
this proof of service.

21

22  ☐  by transmitting via email to the parties at the email addresses listed below:

23  Thomas V. Girardi, Esq.
Graham B. LippSmith, Esq.

24  GIRARDI & KEESE
1126 Wilshire Blvd.

25  Los Angeles, CA 90017
T (213) 489-5330

26  F (213) 481-1554

27

28

7/11/06 9:33 AM

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1   Timothy C. McHugh, Esq.
    James L. Wilkes, Esq.
2   James M. Morgan, Esq.
    WILKES & McHUGH, P.A.
3   500 Silver Spur Road, Suite 200
    Rancho Palos Verdes, CA 90275
4   T (310) 406-3003
    F (310) 406-3005

5          I declare under penalty of perjury under the laws of the State of California that the

6   above is true and correct.  Executed on July 11, 2006, at Los Angeles, California.

7

8                                          Bobbie Schilder

9

REED SMITH LLP
A limited liability partnership formed in the State of Delaware