P-Send

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No. SA CV 06-546 DOC (MLGx)                          Date: August 18, 2006

Title: ERIN BROCKOVICH v. HEALTHSOUTH CORPORATION, ET. AL.,

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kristee Hopkins | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:  ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER RE: CONSOLIDATION OF CASES

      Before this Court are a number of related cases brought by Plaintiff Erin Brockovich on behalf of the United States of America. The allegations and causes of action in each case are virtually identical. The Court is also aware that Plaintiff Brockovich has filed many other similar cases in state and federal court that are in the process of being removed and/or transferred to this Court.

      The Court hereby ORDERS the parties to submit briefing on whether these cases should be consolidated. Simultaneous briefing on this issue is due by October 23, 2006. This date is intended to provide time for the other related cases not yet before the Court to be transferred before a decision on consolidation is reached.

      All motions to dismiss filed in these cases in the meantime will be taken under submission and held for decision until after the Court determines whether consolidation is appropriate.

      The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11 DOC                                        Initials of Deputy Clerk
CIVIL - GEN                                                Page 1 of 1



DOCKETED ON CM
AUG 21 2006
024
BY